**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICARDO RIVERA**,

    **Plaintiff,**

v.                                      **Case No.: 8:04-CV-1434-T-EAJ**

**THE CITY OF SARASOTA,**

    **Defendant.**
_____/

### ORDER

This court has been advised that the parties have reached a settlement of this case.[1] Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty days from the date of this order, to move the court to enter a stipulated form of final judgment or, on good cause shown, to reopen the case for further proceedings.

The parties shall, within sixty days of the date of this order, submit a joint notice of settlement.

---

[1] On July 12, 2005, Plaintiff filed his **Unopposed Motion for Dismissal** (Dkt. 47), seeking that this court dismiss this case with prejudice. However, Plaintiff's unopposed motion for dismissal does not comply with Local Rule 3.0(8)(b), M.D. Fla. which states:

> When notified that a case has been settled and for purposes of administratively closing the file, the Court may order that a case be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter (or within such other period of time as the Court may specify) for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Accordingly, Plaintiff's **Unopposed Motion for Dismissal** (Dkt. 47) is **DENIED as moot.**

The Clerk is directed to (1) close the file and (2) terminate all pending motions.

**DONE and ORDERED** at Tampa, Florida this 12th day of July, 2005.

ELIZABETH A JENKINS
United States Magistrate Judge